IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| LYNN TILTON, | § | |
| | § | No. 242, 2022 |
| Defendant Below, | § | |
| Appellant, | § | Court Below—Court of Chancery |
| | § | of the State of Delaware |
| v. | § | |
| | § | C.A. No: 2021-0384 |
| ZOHAR III LIMITED, | § | |
| INC., | § | |
| | § | |
| Plaintiff Below, | § | |
| Appellee, and | § | |
| | § | |
| STILA STYLES, LLC, | § | |
| | § | |
| Defendant Below, | § | |
| Appellee. | | |

Submitted: October 12, 2022
Decided: October 13, 2022

Before **SEITZ**, Chief Justice; **VALIHURA** and **TRAYNOR**, Justices.

## ORDER

This 13th day of October, 2022, after consideration of the argument of counsel, the parties' briefs, and the record on appeal, it appears to the Court that the judgment of the Court of Chancery should be affirmed on the basis of its May 31, 2022 Memorandum Opinion and July 11, 2022 Letter Decision.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery be AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice